

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00449-CV

**IN THE MATTER OF C.M.W.**

From the County Court, Bexar County, Texas
Trial Court No. 2012-JUV-01919
The Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 19, 2014.

_____
Karen Angelini, Justice